Darrin William Matt
106 4th Ave. East
Polson MT, 59860

UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| Darrin William Matt<br><br>Plaintiff,<br>v.<br><br>Lake County, Montana; Bill Barron; Steve Stanley; Gale Decker; Kate Stinger; Donald Bell; Ben Woods; Joel Shearer; John Todd; Does 1-5, individually and in their official capacity.<br><br>Defendants. | Cause No.<br><br>AFFIDAVIT IN SUPPORT OF COMPLAINT |

I have been forced to live in the jail with black mold which is causing me to have running nose, and is making it hard to breath because it is causing problem with my health.

Darrin William Matt, PO Box 294, Ronan MT 59864, # 10045, 8936, CSKT.

Resolution 93-192, Attachment B, Flathead reservation timeline, 2017, CSKT, opi.mt.gov

Been charged for medical health care, while under Custody Care of LCDC, 25 U.S. Code § 1326, special election, (DC-22-80)(DC-22-285)(DC-22-190)

Resolution no 94-123 CSKT, as Using 42 USC § 1983, to challenge state or local government action, section 1983 states every person who under color of any statute, ordinance, regulation, custom, or usage, of any State or territory or the district of Columbia, subjects, or cause to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in a action at law, suit in equity, or other proper proceeding for redress.