*Darrin William Matt*
106 4th Ave. East
Polson MT, 59860

## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| *Darrin William Matt* | Cause No. |
| Plaintiff, | |
| v. | SUMMONS |
| Lake County, Montana; Bill Barron; Steve Stanley; Gale Decker; Kate Stinger; Donald Bell; Ben Woods; Joel Shearer; John Todd; Does 1-5, individually and in their official capacity. | |
| Defendants. | |

The Plaintiff named above sends this Summons to the above named Defendents:

A lawsuit has been filed against you. Within 21 days after service of this Summons on you, (not counting the day you received it), or 60 days if you are the United States or a United States agencey, or an officer or employee of the United States decribed in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the Plaintiff an answer to the attatched complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff or Plaintiff's attorney whose name and address are:

Timothy M. Bechtold
Bechtold Law Firm, PLLC
PO Box 7051
Missoula MT, 59807

Constance Van Kley
Upper Seven Law
PO Box 31
Helena MT 59624

If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated this 11 day of September, 2022.

x *Darrin William Matt*
Darrin William Matt