IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DARRIN MATT, | Cause No. CV 22-160-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| LAKE COUNTY ET AL., | |
| Defendants. | |

Having settled all matters between the parties and finalized a settlement agreement, Plaintiff Darrin Matt has moved to dismiss this matter with prejudice. (Doc. 16.) Accordingly,

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE.

DATED this 27th day of June, 2024.

_____
Donald W. Molloy
United States District Court Judge